FELIX CABARLE, PLAINTIFF-RESPONDENT, v. GOVERNING BODY OF THE TOWNSHIP OF PEMBERTON AND CHARLES BALCZUN, DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Submitted January 3, 1980—Decided January 11, 1980.

Before Judges MATTHEWS, ARD and POLOW.

*Polino & Williams*, attorneys for appellants (*Joseph M. Pinto* on the brief).

No brief was filed by respondent.

PER CURIAM.

Judgment of Law Division affirmed substantially for the reasons expressed by Judge Haines in his opinion reported at 167 *N.J.Super.* 129 (Law Div.1979).